# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

146782

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ANDREA ROSE MICSAK,
       Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146782
COA: 308317
Saginaw CC: 11-035523-FC

_____/

On order of the Court, the application for leave to appeal the January 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



t0520

Clerk